# Order

Michigan Supreme Court
Lansing, Michigan

September 24, 2012

Robert P. Young, Jr.,
Chief Justice

145334

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 145334
COA: 308415
Gratiot CC: 05-005008-FH

JOBEY HENDERSON,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 25, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012

_____
Clerk

h0917